John R. RYAN, Relator,

v.

FORD MOTOR COMPANY, Self-Insured, Respondent.

No. C4–98–1977.

Supreme Court of Minnesota.

Jan. 20, 1999.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 30, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Russell A. Anderson

Russell A. Anderson
Associate Justice

In re Application of Termination of Probation of Douglas M. McMILLAN, an Attorney at Law of the State of Minnesota.

No. C1–84–811.

Supreme Court of Minnesota.

Jan. 28, 1999.

Review Denied Feb. 24, 1999.

ORDER

WHEREAS, by order of this court filed August 19, 1985, respondent was suspended from the practice of law for 90 days commencing September 1, 1985, and thereafter on supervised probation; and

WHEREAS, respondent was reinstated to the practice of law; and

WHEREAS, respondent's practice was supervised by attorney James F. Greenstein until 1995 when Mr. Greenstein became disabled and subsequently retired from the practice of law; and

WHEREAS, Mr. Greenstein reported prior to his retirement that probation was no longer necessary and served no useful purpose; and

WHEREAS, respondent has retired from the practice of law and has not performed any substantial legal services for the past two to three years but performs non-attorney services as a hearing representative in unemployment hearings and does part-time work performing title examinations; and

WHEREAS, respondent continues to maintain an active license to practice and attends and at times participates as a faculty member in continuing legal education courses,

IT IS HEREBY ORDERED that respondent Douglas M. McMillan's public probation is terminated effective immediately.

BY THE COURT:

Alan C. Page

Alan C. Page
Associate Justice